Debtor    JACM Holdings, Inc.         Case number *(if known)* _____
     Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Delaware**
                 (State)

Case number *(if known):* _____      Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's Name** | JACM Holdings, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Virgin Galactic Vehicle Holdings, Inc. | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5451445 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4022 East Conant Street | |
| Number      Street | Number      Street |
| Long Beach     CA     90808 | |
| City     State     Zip Code | City     State     Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | City     State     Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://virginorbit.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

---

| Debtor | JACM Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**3345 (Aeronautical Navigational, Measuring, Electromedical, and Control Instruments Manufacturing)**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes

| | District _____ | When _____ MM/DD/YYYY | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ MM/DD/YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes

Debtor **See Attached Rider**

District _____

Case number, if known _____

Relationship _____

When: **04/4/2023**
MM / DD / YYYY

| Debtor | JACM Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

List all cases.  If more than 1, attach a separate list.

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

| | Number | Street |
|---|---|---|
| | City | State | Zip Code |

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors\***

\*Consolidated for all Debtors.

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets\***

\*Consolidated for all Debtors.

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | JACM Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities***

***Consolidated for all Debtors.**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     04/4/2023
                MM/ DD / YYYY

✗ __/s/ Daniel M. Hart__                          Daniel M. Hart
  Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

✗ __/s/ Kara Hammond Coyle__          Date    04/4/2023
  Signature of attorney for debtor              MM/DD/YYYY

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Firm name

**Rodney Square, 1000 North King Street**

| Number | Street | | |
|---|---|---|---|

| **Wilmington** | | **DE** | **19801** |
|---|---|---|---|
| City | | State | ZIP Code |

| **(302) 571-6600** | | **kcoyle@ycst.com** |
|---|---|---|
| Contact phone | | Email address |

| **DE No. 4410** | **Delaware** |
|---|---|
| Bar number | State |

## __Rider 1__

## __Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor__

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "**Debtors**") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of **Virgin Orbit Holdings, Inc.**

| Entity Name | Federal Employee Identification Number (EIN) |
| --- | --- |
| Virgin Orbit Holdings, Inc. | 98-1576914 |
| JACM Holdings, Inc. | 47-5451445 |
| Vieco USA, Inc. | 84-3260492 |
| Virgin Orbit, LLC | 81-3599648 |
| Virgin Orbit National Systems, LLC | 35-2593801 |

30207104.1

---

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE AUTHORIZING PARTIES OF EACH OF
THE SUBSIDIARIES OF VIRGIN ORBIT HOLDINGS, INC.
SET FORTH ON APPENDIX A HERETO**

---

**April 4, 2023**

The undersigned, being the directors or members, as applicable (each an "**Authorizing Party**" and collectively the "**Authorizing Parties**"), of the direct and indirect subsidiaries set forth on Appendix A hereto (each a "**Company**" and collectively the "**Companies**") of Virgin Orbit Holdings, Inc., a Delaware corporation ("**Parent**" and, together with the Guarantors, the "**Company**"), acting pursuant to the provisions of applicable state law and the bylaws or operating agreements of the respective entities, as applicable, hereby consent to and adopt the following recitals and resolutions in lieu of a meeting:

## I.   COMMENCEMENT OF CHAPTER 11 CASE

**WHEREAS**, the Authorizing Parties have reviewed and analyzed the materials presented by management and the outside financial, legal and other advisors of the Companies regarding the financial condition, capital structure, liquidity position, business model and projections, short-term and long-term prospects of such Company, the restructuring and other strategic alternatives available to it, and the impact of the foregoing on each Company's business;

**WHEREAS**, the Authorizing Parties have determined that it is desirable and in the best interests of such Company, its creditors, and other stakeholders generally that it file a petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Authorizing Parties desire to adopt and approve the following resolutions.

**NOW, THEREFORE, BE IT RESOLVED**, that each Company is hereby authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**");  and be it further

**RESOLVED**, that any officer of each Company (each, an "**Authorized Officer**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file in the name and on behalf of such Company, and under its seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, and other documents in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and, in connection therewith, to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with such Company's Chapter 11 Case, including, without limitation, (a) the payment of fees, costs, expenses, and taxes such Authorized Officer deems necessary, appropriate, or desirable, and (b) negotiating, executing,

delivering, performing, filing, and recording any and all additional documents, schedules, statements, lists, papers, agreements, certificates, notices, and instruments (or any amendments, supplements, or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case of such Company, with a view to the successful prosecution of the Chapter 11 Case of the Company (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

1.    **Bidding Procedures**

RESOLVED, that in connection with each Chapter 11 Case, the Authorizing Parties have determined it is in the best interests of each Company to approve bidding procedures (together with any exhibits and other attachments annexed thereto, the "**Bidding Procedures**") on terms and conditions substantially similar to those set forth in the form of Bidding Procedures previously provided to the Authorizing Parties (with such changes as may be approved pursuant to the delegation set forth herein) subject to approval by the Bankruptcy Court; and be it further

RESOLVED, that the Authorized Parties of each Company hereby delegates to the Authorized Officers of each Company the authority to approve the form, terms, and provisions of the Bidding Procedures and the execution, delivery, and performance thereof and the consummation of the transactions contemplated thereunder by the Companies, including, without limitation, the amount of and the making of any payments to be made in connection therewith; and be it further

RESOLVED, that each Authorized Party be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of each Company, to continue the marketing for sale of each Company's assets and pursue negotiations with any interested parties regarding one or more sales of such assets pursuant to section 363 of the Bankruptcy Code or otherwise; and be it further

RESOLVED, that any Authorized Officer of each Company, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of such Company, to cause such Company to enter into, execute, deliver, certify, file and/or record, and perform the obligations arising under, the Bidding Procedures together with such other documents, agreements, instruments, notices, and certificates as may be required by the Bidding Procedures; and be it further

RESOLVED, that any Authorized Officer of such Company, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of such Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the Bidding Procedures and/or any related documents which shall, in such Authorized Officer's sole judgment, be necessary, proper or advisable; and be it further

2.    **Debtor-in-Possession Financing**

RESOLVED, that in connection with the Chapter 11 Case of the Companies, the Authorized Parties have determined that it is in the best interests of each Company to consummate the transactions under that certain senior secured super-priority debtor-in-possession credit facility consisting of a term loan credit facility, comprised of (i) a new money delayed draw term loan

facility denominated in U.S. Dollars in an aggregate principal amount not to exceed $31,600,000 and (ii) term loans issued thereunder in substitution and exchange of certain prepetition notes in an aggregate principal amount of $42,500,000 pursuant to that certain Senior Secured Superpriority Debtor-In-Possession Term Loan Credit Agreement, by and among, Virgin Orbit Holdings, Inc. as DIP Facility Borrower, its subsidiaries party thereto as Guarantors, and Virgin Investments Limited ("**VIL**") as DIP Lender (together with the exhibits and schedules annexed thereto, the "**DIP Credit Agreement**") on terms and conditions substantially similar to those set forth in the form of DIP Credit Agreement previously provided to the Authorizing Parties (with such changes as may be approved pursuant to the delegation set forth herein) subject to approval by the Bankruptcy Court, which is necessary and appropriate to conduct the business of the Company (the "**DIP Financing**"); and be it further

**RESOLVED**, that the Authorizing Parties hereby determine that the DIP Financing is fair, just and reasonable to the Companies; and be it further

**RESOLVED**, that the Authorizing Parties hereby delegate to each Authorized Officer of the Companies the authority to approve the form, terms, and provisions of the DIP Credit Agreement, including the use of proceeds to provide liquidity for such Company throughout the Chapter 11 Case and such other uses as described in the DIP Credit Agreement, any and all guarantees, security agreements, pledge agreements, reaffirmations, promissory notes, fee letters, escrow agreements, letters, notices, certificates, documents, and instruments authorized, executed, delivered, reaffirmed, verified, and filed, registered, or recorded in connection with the DIP Financing (collectively, the "**DIP Financing Documents**") or that may be necessary, appropriate, desirable, or advisable in connection with the DIP Credit Agreement and the transactions contemplated thereby or otherwise contemplated by the DIP Credit Agreement or by any such other DIP Financing Document; and be it further

**RESOLVED**, that any Authorized Officer of the Companies, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of such Company, to cause such Company to enter into, execute, deliver, certify, file, and record, and perform the obligations arising under, the DIP Credit Agreement and any other DIP Financing Document, together with such other documents, agreements, instruments, and certificates as may be required by the DIP Credit Agreement and any other DIP Financing Document, in accordance with the terms thereof; and be it further

**RESOLVED**, that any Authorized Officer of such Company, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of such Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the DIP Credit Agreement and any other DIP Financing Document and any related documents or instruments which shall, in such Authorized Officer's sole judgment, be necessary, proper, or advisable; and be it further

**3.    Retention of Advisors**

**RESOLVED**, that in connection with each Company's Chapter 11 Case, any Authorized Officer of such Company, in each case, acting singly or jointly, be, and each hereby is, authorized empowered, and directed, with full power of delegation, in the name and on behalf of each

Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals which such Authorized Officer deems necessary, appropriate, advisable, or desirable in connection with the Chapter 11 Case and the transactions contemplated thereby (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of such Company, to employ the law firm of Latham & Watkins LLP to represent and advise the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, in connection with the Chapter 11 Case, and each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, fees, and expenses prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Latham & Watkins LLP; and be it further

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ the law firm of Young Conaway Stargatt & Taylor LLP ("**Young Conaway**") to represent and advise the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations, including filing any pleadings, in connection with the Chapter 11 Case, and each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, fees, and expenses prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Young Conaway; and be it further

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Companies, to employ the firm of Ducera Partners LLC ("**Ducera**"), as investment banker and financial advisor, to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations in connection with the Chapter 11 Case, and each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, fees, and expenses prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Ducera; and be it further

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Companies, to employ the firm of Alvarez & Marsal North America LLC ("**A&M**"), as restructuring advisor, to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations in connection with the Chapter 11 Case, and each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, fees, and expenses prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of A&M; and be it further

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Companies, to employ the firm of Kroll Restructuring Administration LLC ("**Kroll**"), as claims, noticing, soliciting, and balloting agent, to assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations in connection with the Chapter 11 Case, and each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, fees, and expenses prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Kroll; and be it further

## II.    CONSENTS AND WAIVERS

**RESOLVED**, that any consent, waiver, approval or other authorization required of any Company or Authorizing Party (each a "**Consent**"), including but not limited to any Consent of Virgin Orbit, LLC, as sole member of Virgin Orbit National Systems, LLC ("**VONS**"), that may be required pursuant to Section 5.3 of the Second Amended and Restated Operating Agreement of VONS, be, and they hereby are, adopted, approved, ratified, and confirmed in all respects by the respective Companies or Authorizing Parties; and be it further; and be it further

## III.    GENERAL AUTHORITY AND RATIFICATION

**RESOLVED**, that, consistent with the foregoing resolutions, any Authorized Officer be, and each of them acting alone hereby is, authorized and empowered in the name and on behalf of the Companies, to (i) negotiate, prepare, execute and deliver or cause to be negotiated, prepared, executed and delivered, and where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such other agreements, instruments and documents, including but not limited to all certificates, contracts, deeds, assignments, bonds, receipts or other papers, (ii) incur and pay or cause to be paid all fees, expenses and taxes, including without limitation, legal fees and expenses, (iii) engage such persons as they shall in their judgment determine to be necessary or appropriate and (iv) do any and all other acts and things, as they deem necessary or advisable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby (and the doing of any such act or thing shall be conclusive evidence that the same is deemed necessary or advisable); and be it further

**RESOLVED,** that each of the Authorized Officers be, and each of them hereby is, authorized and empowered, with full power of delegation, for and in the name and on behalf of the Companies to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and be it further

**RESOLVED**, that all acts or deeds of the Authorizing Parties taken prior to the date hereof in order to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of such Authorizing Parties; and be it further

**RESOLVED**, that any and all actions heretofore or hereafter taken in the name and on behalf of the Companies by any Authorized Person, employee or agent of the Companies in connection with or related to the matters set forth in or contemplated by the foregoing resolutions be, and they hereby are, authorized, adopted, confirmed, approved and ratified in all respects as the act and deed of the Companies or the applicable direct or indirect subsidiary; and be it further

**RESOLVED,** that each of the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of such Company, to cause such Company to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, or other documents, to incur all such fees and expenses and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper and desirable to prosecute to a successful completion of the Chapter 11 Case; and be it further

**RESOLVED**, this consent may be executed in one or more counterparts, including via facsimile, portable document format (pdf) or other electronic transmission, each of which shall be deemed an original for all purposes and all of which together shall constitute one and the same written consent.

*[Rest of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Unanimous Written Consent as of April 4, 2023, which Consent may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument. This action shall be filed with the minutes of the proceedings of each Authorizing Party. Any copy, facsimile or other reliable reproduction of this action may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction be a complete reproduction of the entire original writing.

[*Signature page follows*]

**JACM HOLDINGS, INC.,**
a Delaware corporation
(being a Guarantor set forth herein and on Appendix A hereto)

**BEING ALL OF THE MEMBERS OF THE BOARD OF DIRECTORS:**

_____
Daniel Hart

_____
Brita O'Rear

_____
Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

**JACM HOLDINGS, INC.,**
a Delaware corporation
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS**:

_____
Daniel Hao

_____
Brita 'O' Rear

_____
Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

**JACM HOLDINGS, INC.,**
a Delaware corporation
(being a Guarantor set forth herein and on Appendix A hereto)

**BEING ALL OF THE MEMBERS OF THE BOARD OF DIRECTORS:**

_____
Daniel Hart

_____
Brita O'Rear

_____
Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIECO USA, INC.,**
a Delaware corporation
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:**

_____
Daniel Hart

_____
Brita O'Rear

_____
Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIECO USA, INC.,**
a Delaware corporation
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:**


_____
Daniel Hart


_____
Brita O'Rear


_____
Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

VIECO USA, INC.,
a Delaware corporation
(being a Guarantor set forth herein and on Appendix A hereto)

BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:

_____

Daniel Hart

_____

Brita O'Rear

_____

Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIRGIN ORBIT, LLC**,
a Delaware limited liability company
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS**:

_____
Daniel Hart

_____
Brita O'Rear

_____
Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIRGIN ORBIT, LLC,**
a Delaware limited liability company
(being a Guarantor set forth herein and on Appendix A hereto)

**BEING ALL OF THE MEMBERS OF THE BOARD OF DIRECTORS:**

_____
Daniel Hart

_____
Brita O'Rear

_____
Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIRGIN ORBIT, LLC,**
a Delaware limited liability company
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:**

_____
Daniel Hart

_____
Brita O'Rear

_____
Derrick Boston

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIRGIN ORBIT NATIONAL SYSTEMS, LLC,**
a Delaware limited liability company
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:**

_____
Mark Baird

_____
Kimberly Crider

_____
Susan Mashiko

_____
Craig Cooning

_____
Daniel Hart

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIRGIN ORBIT NATIONAL SYSTEMS, LLC,**
a Delaware limited liability company
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:**


_____    _____
Mark Baird


_____
Kimberly Crider


_____
Susan Mashiko


_____
Craig Cooning


_____
Daniel Hart


[Signature page – Filing Resolutions – VO Subsidiaries]

**VIRGIN ORBIT NATIONAL SYSTEMS, LLC,**
a Delaware limited liability company
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:**

_____
Mark Baird

_____
Kimberly Crider

_____
Susan Mashiko

_____
Craig Cooning

_____
Daniel Hart

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIRGIN ORBIT NATIONAL SYSTEMS, LLC,**
a Delaware limited liability company
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:**

_____
Mark Baird

_____
Kimberly Crider

_____
Susan Mashiko

_____
Craig Cooning

_____
Daniel Hart

[Signature page – Filing Resolutions – VO Subsidiaries]

**VIRGIN ORBIT NATIONAL SYSTEMS, LLC**,
a Delaware limited liability company
(being a Guarantor set forth herein and on Appendix A
hereto)

**BEING ALL OF THE MEMBERS OF
THE BOARD OF DIRECTORS:**

_____
Mark Baird

_____
Kimberly Crider

_____
Susan Mashiko

_____
Craig Cooning

_____
Daniel Hart

[Signature page – Filing Resolutions – VO Subsidiaries]

**APPENDIX A**

Companies

| No. | Name | Domicile |
|---|---|---|
| 1. | JACM Holdings, Inc. | Delaware |
| 2. | Vieco USA, Inc. | Delaware |
| 3. | Virgin Orbit, LLC | Delaware |
| 4. | Virgin Orbit National Systems, LLC | Delaware |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td colspan="2">Debtor name: Virgin Orbit Holdings, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: District of Delaware</td></tr>
<tr><td colspan="2">Case number (If known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Arqit Ltd.<br>3 More London Riverside<br>London,  SE1 2RE | Attn: David Williams<br>Title: CEO<br>Phone: 44-203-91-70155<br>Email: dw@arqit.uk | Trade Payable/Customer Deposit | Contingent, Unliquidated | | | $ 9,979,975.00 |
| 2 | United States Space Force<br>2020 U.S. Space Force Pentagon<br>Ste 4E858<br>Washington, DC 20330-2000 | Attn: B. Chance Saltzman<br>Title: Chief of Space Operations<br>Phone: 310-653-3084<br>Email: Bradley.Saltzman@us.af.mil | Customer Deposit | Contingent, Unliquidated | | | $ 6,759,711.33 |
| 3 | iQPS, Inc.<br>6F Rengo Fukuoka Tenjin Building<br>1-15-35<br>Tenjin<br>Fukuoka City,  810-0001 | Attn: Shunsuke Onishi<br>Title: President and Representative Director<br>Phone:<br>Email: shunsuke@aero.kyushu-u.ac.jp | Customer Deposit | Contingent, Unliquidated | | | $ 5,198,555.00 |
| 4 | Bigbear.AI LLC<br>6811 Benjamin Franklin Dr. Suite 200<br>Columbia, MD 21046 | Attn: Mandy Long<br>Title: CEO<br>Phone: 410-312-0885<br>Email: mandy.long@bigbear.ai | Trade Payable | Contingent, Unliquidated | | | $ 3,000,000.00 |
| 5 | YA II PN, Ltd<br>c/o Yorkville Advisors Global, LLC<br>1012 Springfield Avenue<br>Mountainside, NJ 07092 | Attn: Mark Angelo<br>Title: President and Partner<br>Phone: 201-985-8300<br>Email: Legal@yorkvilleadvisors.com | Unsecured Convertible Notes | | | | $ 2,000,000.00 |
| 6 | All Nippon Airways Trading Co., Ltd.<br>Shiodome City Center<br>1-5-2 Higashi-Shimbashi<br>Minato-ku<br>Tokyo,  105-7140 | Attn: Hisato Teruyama<br>Title: General Manager<br>Phone: 81-3-6735-5011<br>Email: Hisatot@anatc.com | Customer Deposit | Contingent, Unliquidated | | | $ 1,650,000.00 |
| 7 | Barber Nichols, Inc<br>6325 West 55th Avenue<br>Arvada, CO 80002 | Attn: Matt Malone<br>Title: President, CEO<br>Phone: 303-421-8111<br>Email: mmalone@barber-nichols.com<br>Fax: 303-420-4679 | Trade Payable | | | | $ 1,552,581.25 |
| 8 | Named Plaintiff in Class Action Lawsuit - Michael Mercado (Superior Court of California for the County of Kern No. BCV-21-101743)<br>1875 Century Park East, Suite 100<br>Los Angeles, CA 90067 | Attn: Capstone Law APC<br>Title: Legal Counsel<br>Phone: 310-556-4811<br>Email:<br>Robert.Drexler@CapstoneLawyers.com<br>Sandy.Acevedo@CapstoneLawyers.com<br>Jonathan.Lee@CapstoneLawyers.com<br>Molly.DeSario@CapstoneLawyers.com<br>Fax: 310-943-0396 | Legal Settlement | | | | $ 1,400,000.00 |

Debtor: Virgin Orbit Holdings, Inc.                                    Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Redwire Space, Inc. 8226 Philips Highway, Suite 101 Jacksonville, FL 32256 | Attn: Jonathan Baliff Title: CFO Phone: 650-701-7722 Email: Jonathan.Baliff@redwirespace.com | Trade Payable | Contingent, Unliquidated | | | $ 1,242,558.00 |
| 10 | Spire Global Subsidiary Inc. 8000 Towers Crescent Drive Suite 1100 Vienna, VA 22182 | Attn: Peter Platzer Title: CEO Phone: 818-997-7664 Email: peter.platzer@spire.com | Customer Deposit | Contingent, Unliquidated | | | $ 1,125,000.00 |
| 11 | Sitael S.P.A Via San Sabino 21 Zona Industriale Mola di Bari BA,  70042 | Attn: Nicola Zaccheo Title: CEO Phone: 39 0805321796 Email: nicola.zaccheo@sitael.com | Customer Deposit | Contingent, Unliquidated | | | $ 828,000.00 |
| 12 | Spaceflight, Inc. 1505 Westlake Ave N Seattle, WA 98109 | Attn: Curt Blake Title: CEO Phone: 866-342-9934 Email: cblake@spaceflightservices.com | Customer Deposit | Contingent, Unliquidated | | | $ 800,000.00 |
| 13 | Marotta Controls, Inc 79 Boonton Avenue PO Box 427 Montville, NJ 07045 | Attn: Patrick Marotta Title: CEO Phone: 973-334-7800 Email: pmarotta@marotta.com | Trade Payable | | | | $ 769,416.78 |
| 14 | Millennium Space Systems 2265 E. El Segundo Blvd El Segundo, CA 90245 | Attn: Jason Kim Title: CEO Phone: 310-683-5840 Email: jason.kim@millennium-space.com | Trade Payable | | | | $ 605,659.85 |
| 15 | Toray Advanced Composites 18255 Sutter Boulevard Morgan Hill, CA 95037 | Attn: Hideo Mori Title: VP, CEO Phone: 408-465-8500 Email: MoriH@toraytac.com | Trade Payable | | | | $ 528,905.10 |
| 16 | U.S. Tool Grinding, Inc. (DBA US Tool Group) 2000 Progress Drive Farmington, MO 63640 | Attn: Bruce Williams Title: CEO Phone: 573-760-7800 Email: bruce.williams@ustg.net | Trade Payable | | | | $ 523,930.12 |
| 17 | Cicon Engineering, Inc 6633 Odessa Ave. Van Nuys, CA 91406 | Attn: Ali Kolahi Title: President Phone: 818-909-6060 Email: AliK@cicon.com Fax: 818-909-6066 | Trade Payable | | | | $ 494,670.18 |
| 18 | TE Connectivity Corporation 45738 Northport Loop West Alameda, CA 94538 | Attn: Terrence R Curtin Title: CEO Phone: 717-459-3330 Email: terrence.curtin@te.com | Trade Payable | | | | $ 485,304.84 |
| 19 | Space Vector Corporation 20520 Nordhoff Street Chatsworth, CA 91311 | Attn: Eric Grabow Title: President Phone: 818-734-2600 Email: egrabow@spacevector.com | Trade Payable | | | | $ 482,860.00 |
| 20 | Barr Aviation Inc. 1109 Father Capodanno Blvd Staten Island, NY 10306 | Attn: Billy Rumzi Title: Principal, Reg'd Agent Phone: 646-996-0984 Email: Billy.Rumzi@Baraviation.com | Trade Payable | | | | $ 438,805.01 |

Debtor: Virgin Orbit Holdings, Inc.                                                                                                        Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Air Products and Chemicals<br>7201 Hamilton Boulevard<br>Allentown, PA 18195 | Attn: Seifi Ghasemi<br>Title: President, CEO<br>Phone: 610-481-4911<br>Email: Ghasemis@airproducts.com | Trade Payable | | | | $    414,221.46 |
| 22 | Web Industries Inc<br>700 Nickerson Road, Suite 250<br>Marlborough, MA 01752 | Attn: Mark Pihl<br>Title: Chairman of the Board<br>Phone: 508-898-2988<br>Email: mpihl@webindustries.com | Trade Payable | | | | $    399,809.99 |
| 23 | Debaise Holdings LLC (DBA PDS)<br>6870 West 52nd Avenue Suite 107<br>Arvada, CO 80002 | Attn: Tom Sweetman<br>Title: President, CEO<br>Phone: 303-220-7165<br>Email: CO@pdsinc.com<br>Fax: 480-618-1506 | Trade Payable | | | | $    386,099.85 |
| 24 | Sentek Dynamics, Inc.<br>2090 Duane Avenue<br>Santa Clara, CA 95054 | Attn: James Zhuge<br>Title: President<br>Phone: 408-307-0379<br>Email: james@sentekdynamics.com<br>Fax: 408-659-8229 | Trade Payable | | | | $    348,200.00 |
| 25 | Element Machine, LLC<br>3121 East La Palma Avenue, Suite N<br>Anaheim, CA 92806 | Attn: Linda Lang<br>Title: CEO<br>Phone: 714-883-3877<br>Email: linda@elementmachine.com | Trade Payable | | | | $    340,900.00 |
| 26 | The Aerospace Corporation<br>2310 E El Segundo Boulevard<br>El Segundo, CA 90245 | Attn: Steven J. Isakowitz<br>Title: President, CEO<br>Phone: 310-336-5000<br>Email: steve.isakowitz@aero.org | Trade Payable | | | | $    333,414.15 |
| 27 | Hera Technologies, LLC<br>1055 E Francis Street<br>Ontario, CA 91761 | Attn: Aaron Evans<br>Title: COO<br>Phone: 909-321-2001<br>Email: aaron@heratechnologies.com | Trade Payable | | | | $    313,865.98 |
| 28 | CRM Construction, Inc.<br>5353 E. 2Nd Street #202<br>Long Beach, CA 90803 | Attn: Terry Tracy<br>Title: Owner<br>Phone: 714-921-3030<br>Email: pat4teamcrm@msn.com | Trade Payable | | | | $    312,181.25 |
| 29 | 1960 Grand Office Owner 1, L.P.<br>c/o Cushman & Wakefield of CA<br>PO Box 841045<br>Los Angeles, CA 90084-1045 | Attn: Nikki Jazvec<br>Title: Senior Project Manager<br>Phone: 213-955-5100<br>Email: | Trade Payable | | | | $    278,991.00 |
| 30 | The Boeing Company<br>100 N. Riverside Plaza<br>Chicago, IL 60606 | Attn: B. Marc Allen<br>Title: VP - Strategy and Corporate Development<br>Phone: 312-544-2000<br>Email: Marc.Allen@boeing.com | Purchase Commitments | Contingent, Unliquidated, Disputed | | | $    - |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
VIRGIN ORBIT HOLDINGS, INC., et al.,[1]                  :   Case No. 23-_____ (___)
                                                         :
            Debtors.                                     :   (Joint Administration Requested)
                                                         :
-------------------------------------------------------- x
```

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY
HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "**Debtor**") hereby state as follows:

1.  A list of the equity interest holders of Debtor Virgin Orbit Holdings, Inc. ("**Virgin Orbit Holdings**"), along with the nature of their equity interests, is attached hereto as **Exhibit A**. Virgin Orbit Holdings is the direct or indirect parent of each Debtor.

2.  Debtor Vieco USA, Inc., whose address is 4022 East Conant Street, Long Beach, CA 90808, is 100% owned by Virgin Orbit Holdings.

3.  Debtor Virgin Orbit, LLC ("**Virgin Orbit**"), whose address is 4022 East Conant Street, Long Beach, CA 90808, is 100% owned by Debtor Vieco USA, Inc.

4.  Debtor Virgin Orbit National Systems, LLC, whose address is 1960 Grand Avenue, El Segundo, CA 90245, is 100% owned by Virgin Orbit.

---

[1]   The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The debtors' address is 4022 East Conant Street, Long Beach, CA 90808.

5.      Debtor JACM Holdings, Inc., whose address is 4022 East Conant Street, Long Beach, CA 90808, is 100% owned by Virgin Orbit.

**Exhibit A**

**List of Equity Security Holders**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                          :
In re:                                    :   Chapter 11
                                          :
VIRGIN ORBIT HOLDINGS, INC., et al.,¹     :   Case No. 23-_____ (____)
                                          :
          Debtors.                        :   (Joint Administration Requested)
                                          :
------------------------------------------------------------ x
```

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Fed. R. Bankr. P. 1007(a)(3), provided below are holders of any class of Virgin Orbit Holdings, Inc.'s equity securities.

| Holder | Address | Class of Interest | Units |
|---|---|---|---|
| FAHMI ABRAHAM | ADDRESS ON FILE | COMMON STOCK | 2,284 |
| HECTOR ACOSTA | ADDRESS ON FILE | COMMON STOCK | 315 |
| AE BBAI AGGREGATOR LP | 2500 N MILITARY TRL STE 470 BOCA RATON FL 33431-6353 | COMMON STOCK | 1,600,000 |
| AE RED AGGREGATOR LP | 2500 N MILITARY TRL STE 470 BOCA RATON FL 33431-6353 | COMMON STOCK | 400,000 |
| JOHNYREY AHEDO | ADDRESS ON FILE | COMMON STOCK | 88 |
| VIRGINIA ALEJANDREZ | ADDRESS ON FILE | COMMON STOCK | 1,797 |
| ANGELA CHARMELL ALLEN | ADDRESS ON FILE | COMMON STOCK | 250 |
| BRYCE ALLEN | ADDRESS ON FILE | COMMON STOCK | 245 |
| RUDY ALLEN | ADDRESS ON FILE | COMMON STOCK | 640 |
| RICHARD ALVAREZ | ADDRESS ON FILE | COMMON STOCK | 250 |
| ALVERSTOKE HOLDINGS LLC | 143 EAST 69TH STREET NEW YORK NY 10021 | COMMON STOCK | 22,754 |
| NEWTON ANDERSON | ADDRESS ON FILE | COMMON STOCK | 1,839 |

---

¹   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' address is 4022 East Conant Street, Long Beach, CA 90808.

| | | | |
|---|---|---|---|
| PAUL ANDERSON | ADDRESS ON FILE | COMMON STOCK | 1,350 |
| DIANA APONTE | ADDRESS ON FILE | COMMON STOCK | 5,561 |
| KIMBERLY ARCHIBALD | ADDRESS ON FILE | COMMON STOCK | 375 |
| RIC ASCHBRENNER | ADDRESS ON FILE | COMMON STOCK | 1,887 |
| DANIEL ASTURIAS | ADDRESS ON FILE | COMMON STOCK | 125 |
| SYLVIA ASTURIAS | ADDRESS ON FILE | COMMON STOCK | 12,461 |
| GRANT ATKINSON | ADDRESS ON FILE | COMMON STOCK | 520 |
| BRETT BACHARACH | ADDRESS ON FILE | COMMON STOCK | 617 |
| OLEGARIO BAEZA | ADDRESS ON FILE | COMMON STOCK | 2,499 |
| SIRISHA BANDLA | ADDRESS ON FILE | COMMON STOCK | 250 |
| SARAH BARNES | ADDRESS ON FILE | COMMON STOCK | 105 |
| JAMES BASEL | ADDRESS ON FILE | COMMON STOCK | 1,018 |
| TRENTON BASSETT-PARKINS | ADDRESS ON FILE | COMMON STOCK | 3,654 |
| DONAL BELL | ADDRESS ON FILE | COMMON STOCK | 26,995 |
| MICHAEL BESS | ADDRESS ON FILE | COMMON STOCK | 1,546 |
| SEAN BILLOCK | ADDRESS ON FILE | COMMON STOCK | 202 |
| JUSTIN BLACKBURN | ADDRESS ON FILE | COMMON STOCK | 296 |
| NELSON BLANCO | ADDRESS ON FILE | COMMON STOCK | 312 |
| TIMOTHY BOHR | ADDRESS ON FILE | COMMON STOCK | 1,250 |
| DERRICK BOSTON | ADDRESS ON FILE | COMMON STOCK | 22,557 |
| BRENT LLC | 28 BRENT RD LEXINGTON MA 02420 | COMMON STOCK | 227,540 |
| ERIC BREUHAUS | ADDRESS ON FILE | COMMON STOCK | 3,358 |
| ERIC BRIGGS | ADDRESS ON FILE | COMMON STOCK | 7,311 |
| AUGUST BRINAS | ADDRESS ON FILE | COMMON STOCK | 141 |
| ADAM BROWN | ADDRESS ON FILE | COMMON STOCK | 125 |
| MATTHEW BROWN | ADDRESS ON FILE | COMMON STOCK | 238 |
| MIGUEL BUENROSTRO | ADDRESS ON FILE | COMMON STOCK | 296 |
| CHRIS BUNDY | ADDRESS ON FILE | COMMON STOCK | 93 |
| PARKER BUNTIN | ADDRESS ON FILE | COMMON STOCK | 272 |
| DARREN BUONAGUIDI | ADDRESS ON FILE | COMMON STOCK | 812 |
| DANIEL BURKETT | ADDRESS ON FILE | COMMON STOCK | 2,923 |
| TIMOTHY BUZZA | ADDRESS ON FILE | COMMON STOCK | 6,251 |

30196701.3

| | | | |
|---|---|---|---|
| EMILIO MACHO CABANILLAS | ADDRESS ON FILE | COMMON STOCK | 5,126 |
| OMAR CALLEROS | ADDRESS ON FILE | COMMON STOCK | 100 |
| MATTHEW CANTLEY | ADDRESS ON FILE | COMMON STOCK | 750 |
| LAUREN CAPWELL | ADDRESS ON FILE | COMMON STOCK | 3,750 |
| RIGOBERTO CASAS | ADDRESS ON FILE | COMMON STOCK | 1,070 |
| PRISCILA CASTANON | ADDRESS ON FILE | COMMON STOCK | 211 |
| CEDE & CO (FAST ACCOUNT) | 570 WASHINGTON BLVD JERSEY CITY NJ 07310-1617 | COMMON STOCK | 74,028,174 |
| ADRIENNE CHANG | ADDRESS ON FILE | COMMON STOCK | 430 |
| HOPE CHAVARRIA | ADDRESS ON FILE | COMMON STOCK | 661 |
| MARK CHAVEZ | ADDRESS ON FILE | COMMON STOCK | 271 |
| JOSHUA CHENG | ADDRESS ON FILE | COMMON STOCK | 62 |
| DOMINIC CHI | ADDRESS ON FILE | COMMON STOCK | 6,877 |
| STEVEN CHIAPPARINE | ADDRESS ON FILE | COMMON STOCK | 96 |
| ROBERT CHIAVETTA | ADDRESS ON FILE | COMMON STOCK | 156 |
| BRENDON CHIU | ADDRESS ON FILE | COMMON STOCK | 1,340 |
| DAVID CHUNG | ADDRESS ON FILE | COMMON STOCK | 1,250 |
| EDER CISNEROS | ADDRESS ON FILE | COMMON STOCK | 167 |
| TRAVIS COMPTON | ADDRESS ON FILE | COMMON STOCK | 362 |
| LEON G COOPERMAN | ADDRESS ON FILE | COMMON STOCK | 157,978 |
| DELMUS COX | ADDRESS ON FILE | COMMON STOCK | 337 |
| JEFFREY CREASY | ADDRESS ON FILE | COMMON STOCK | 11,120 |
| MARLON CURL | ADDRESS ON FILE | COMMON STOCK | 2,009 |
| CAITLIN CURTIS | ADDRESS ON FILE | COMMON STOCK | 1,381 |
| CHRISTOPHER JOHN DANVERS | ADDRESS ON FILE | COMMON STOCK | 193 |
| KEITH DARBY | ADDRESS ON FILE | COMMON STOCK | 2,274 |
| DAYLAN DAVILA | ADDRESS ON FILE | COMMON STOCK | 270 |
| STEPHEN DAVIS | ADDRESS ON FILE | COMMON STOCK | 37 |
| ALEXANDER DE SOUZA | ADDRESS ON FILE | COMMON STOCK | 311 |
| DEAN DEFURIA | ADDRESS ON FILE | COMMON STOCK | 748 |
| DANIEL DEMATTIA | ADDRESS ON FILE | COMMON STOCK | 2,600 |

| | | | |
|---|---|---|---|
| CRAIG DENNY | ADDRESS ON FILE | COMMON STOCK | 670 |
| JOSEPH DIAZ | ADDRESS ON FILE | COMMON STOCK | 870 |
| CHARLOTTE DINH | ADDRESS ON FILE | COMMON STOCK | 377 |
| JACOB DUMBRILL | ADDRESS ON FILE | COMMON STOCK | 95 |
| DAVID ENRIQUEZ | ADDRESS ON FILE | COMMON STOCK | 1,856 |
| TODD ERICSON | ADDRESS ON FILE | COMMON STOCK | 14,993 |
| ROMULO ESQUIVEL | ADDRESS ON FILE | COMMON STOCK | 208 |
| MICHAEL GOCHES ESTRADA | ADDRESS ON FILE | COMMON STOCK | 46 |
| FABIAN FARELO | ADDRESS ON FILE | COMMON STOCK | 935 |
| NATHAN FERGOT | ADDRESS ON FILE | COMMON STOCK | 455 |
| FIFTEENTH INVESTMENT COMPANY LLC[2] | MAMOURA BUILDING MUROOR STREET PO BOX 45005 ABU DHABI UNITED ARAB EMIRATES | COMMON STOCK | 60,175,111 |
| ROBERT FINTA | ADDRESS ON FILE | COMMON STOCK | 851 |
| JORDAN FITTERER | ADDRESS ON FILE | COMMON STOCK | 426 |
| CHRISTOPHER FLORES | ADDRESS ON FILE | COMMON STOCK | 922 |
| CHAD FOERSTER | ADDRESS ON FILE | COMMON STOCK | 12 |
| NOREEN FONG | ADDRESS ON FILE | COMMON STOCK | 14,829 |
| PATRICK T FORD | ADDRESS ON FILE | COMMON STOCK | 66,508 |
| VERONICA FOREMAN | ADDRESS ON FILE | COMMON STOCK | 12 |
| ROBERT FORSYTH | ADDRESS ON FILE | COMMON STOCK | 455 |
| KIMBERLEE FRASER | ADDRESS ON FILE | COMMON STOCK | 500 |
| DESHAWN FRAZIER | ADDRESS ON FILE | COMMON STOCK | 26 |
| JOHN FULLER | ADDRESS ON FILE | COMMON STOCK | 50 |
| GERARDO GAMEZ | ADDRESS ON FILE | COMMON STOCK | 337 |
| MONICA GANGWAR | ADDRESS ON FILE | COMMON STOCK | 525 |
| PONCIANO GARCIA | ADDRESS ON FILE | COMMON STOCK | 191 |

---

[2] Fifteenth Investment Company LLC ("**Fifteenth**") is directly or indirectly wholly-owned by Mamoura Diversified Global Holding PJSC ("**Mamoura**"), a public joint stock company established under the laws of the Emirate of Abu Dhabi. Mamoura is a wholly-owned subsidiary of Mubadala Investment Company PJSC ("**Mubadala**"), which is a public joint stock company established under the laws of the Emirate of Abu Dhabi and which is wholly-owned by the Government of Abu Dhabi. The address of the principal office of Fifteenth is Mamoura A, Muroor Street, Abu Dhabi, United Arab Emirates. The address of the principal office of Mamoura and Mubadala is P.O. Box 45005, Abu Dhabi, United Arab Emirates.

30196701.3

| STEVEN GARLAND | ADDRESS ON FILE | COMMON STOCK | 12,374 |
|---|---|---|---|
| CHRIS GATHERCOLE | ADDRESS ON FILE | COMMON STOCK | 1,250 |
| TEENA GIBBS | ADDRESS ON FILE | COMMON STOCK | 207 |
| TRAVIS GILDNER | ADDRESS ON FILE | COMMON STOCK | 3,975 |
| ROBERT GLENN | ADDRESS ON FILE | COMMON STOCK | 1,972 |
| ANDREW GLOVER | ADDRESS ON FILE | COMMON STOCK | 1,932 |
| ADAM GLUCK | ADDRESS ON FILE | COMMON STOCK | 5,848 |
| MATTHEW GOLDEN | ADDRESS ON FILE | COMMON STOCK | 1,402 |
| GOLDMAN-VALERIOTE FAMILY TRUST U/A/D 11/15/95 | ADDRESS ON FILE | COMMON STOCK | 46,005 |
| ALFREDO GOMEZ | ADDRESS ON FILE | COMMON STOCK | 578 |
| YESENIA GOMEZ | ADDRESS ON FILE | COMMON STOCK | 62 |
| DANIEL GONZALEZ | ADDRESS ON FILE | COMMON STOCK | 772 |
| SCOTT GREELEY | ADDRESS ON FILE | COMMON STOCK | 250 |
| CARTER GREEN | ADDRESS ON FILE | COMMON STOCK | 241 |
| DANIEL GREEN | ADDRESS ON FILE | COMMON STOCK | 704 |
| IAN GREGG | ADDRESS ON FILE | COMMON STOCK | 975 |
| GREGORY A MATTSON 2007 TRUST 6/23/2007 | ADDRESS ON FILE | COMMON STOCK | 13,302 |
| GREGORY L SUMME IRREVOCABLE TRUST 2008 6/30/2008 | ADDRESS ON FILE | COMMON STOCK | 547,322 |
| PETER GUADAN | ADDRESS ON FILE | COMMON STOCK | 260 |
| GIOVANNY GUANCHE | ADDRESS ON FILE | COMMON STOCK | 973 |
| ADRIAN GUERRERO | ADDRESS ON FILE | COMMON STOCK | 1,482 |
| JONATHAN GUERRERO | ADDRESS ON FILE | COMMON STOCK | 31 |
| REBECCA GURNEY | ADDRESS ON FILE | COMMON STOCK | 1,015 |
| BRETT GURROLA | ADDRESS ON FILE | COMMON STOCK | 1,091 |
| JORGE GUZMAN | ADDRESS ON FILE | COMMON STOCK | 187 |
| SON HA | ADDRESS ON FILE | COMMON STOCK | 1,162 |
| JONATHAN HAGELMANN | ADDRESS ON FILE | COMMON STOCK | 2,174 |
| KRISTI HAIVALA | ADDRESS ON FILE | COMMON STOCK | 1,462 |
| GEORGE HALAMANDARIS | ADDRESS ON FILE | COMMON STOCK | 163 |
| KEIKO HALCHAK | ADDRESS ON FILE | COMMON STOCK | 13,980 |

30196701.3

| | | | |
|---|---|---|---:|
| CASEY HARR | ADDRESS ON FILE | COMMON STOCK | 12 |
| JESSE HARRIS | ADDRESS ON FILE | COMMON STOCK | 7,311 |
| ZACHARY HART | ADDRESS ON FILE | COMMON STOCK | 12 |
| LUKE HEAGNEY | ADDRESS ON FILE | COMMON STOCK | 625 |
| SUSAN HELMS | ADDRESS ON FILE | COMMON STOCK | 2,703 |
| ROBERT HEM | ADDRESS ON FILE | COMMON STOCK | 43 |
| MARC HENDRIKSE | ADDRESS ON FILE | COMMON STOCK | 910 |
| SCOTT HENRICKSON | ADDRESS ON FILE | COMMON STOCK | 2,143 |
| ADRIAN HERNANDEZ | ADDRESS ON FILE | COMMON STOCK | 238 |
| ANTHONY HERNANDEZ | ADDRESS ON FILE | COMMON STOCK | 780 |
| JUSTIN HERRERA | ADDRESS ON FILE | COMMON STOCK | 570 |
| AUDREY HIGGINS | ADDRESS ON FILE | COMMON STOCK | 63 |
| MELINA HIGGINS | ADDRESS ON FILE | COMMON STOCK | 284,278 |
| ISAAC HODGE | ADDRESS ON FILE | COMMON STOCK | 912 |
| LAMAR HOLLEY | ADDRESS ON FILE | COMMON STOCK | 462 |
| JUSTIN HOLLIDAY | ADDRESS ON FILE | COMMON STOCK | 166 |
| BLAZIE HOLLING | ADDRESS ON FILE | COMMON STOCK | 76 |
| MICHAEL HOLT | ADDRESS ON FILE | COMMON STOCK | 3,655 |
| JOHN HOOFF | ADDRESS ON FILE | COMMON STOCK | 1,162 |
| CHAU HOOTON | ADDRESS ON FILE | COMMON STOCK | 408 |
| WHITNEY HOPPLE | ADDRESS ON FILE | COMMON STOCK | 125 |
| WILHELM HUEBNER | ADDRESS ON FILE | COMMON STOCK | 731 |
| SHAWN HUYNH | ADDRESS ON FILE | COMMON STOCK | 331 |
| TRAVIS JACALONE | ADDRESS ON FILE | COMMON STOCK | 432 |
| ROBERT JACKSON | ADDRESS ON FILE | COMMON STOCK | 625 |
| RYAN JANSEN | ADDRESS ON FILE | COMMON STOCK | 4,527 |
| MATTHEW JANSING | ADDRESS ON FILE | COMMON STOCK | 440 |
| ANDREW JIMENEZ | ADDRESS ON FILE | COMMON STOCK | 66 |
| AZUSENA JIMENEZ | ADDRESS ON FILE | COMMON STOCK | 193 |
| JOHNNY JIMENEZ | ADDRESS ON FILE | COMMON STOCK | 400 |
| BRADLEY JOHNSON | ADDRESS ON FILE | COMMON STOCK | 7,501 |
| GARY JOHNSON | ADDRESS ON FILE | COMMON STOCK | 11,886 |

| JERRY JOHNSON | ADDRESS ON FILE | COMMON STOCK | 955 |
|---|---|---|---|
| TREVOR JOHNSON | ADDRESS ON FILE | COMMON STOCK | 526 |
| TYLER JOHNSON | ADDRESS ON FILE | COMMON STOCK | 793 |
| SAEED JOLGHAZI | ADDRESS ON FILE | COMMON STOCK | 2,741 |
| CRAIG JONES | ADDRESS ON FILE | COMMON STOCK | 151 |
| KEVIN JONES | ADDRESS ON FILE | COMMON STOCK | 406 |
| JORDAN JOSEPH | ADDRESS ON FILE | COMMON STOCK | 437 |
| CESAR JUAREZ | ADDRESS ON FILE | COMMON STOCK | 1,166 |
| BRIAN JULIUS | ADDRESS ON FILE | COMMON STOCK | 15,351 |
| MICHAEL KAVENEY | ADDRESS ON FILE | COMMON STOCK | 195 |
| RYAN KELLEY | ADDRESS ON FILE | COMMON STOCK | 2,490 |
| JENNIFER KHONG | ADDRESS ON FILE | COMMON STOCK | 858 |
| JOHN KIRK | ADDRESS ON FILE | COMMON STOCK | 201 |
| DAVID KORICH | ADDRESS ON FILE | COMMON STOCK | 2,500 |
| ERIK KRISTIANSEN | ADDRESS ON FILE | COMMON STOCK | 365 |
| PATRICK KUEHN | ADDRESS ON FILE | COMMON STOCK | 240 |
| DUANE KUTZBACH | ADDRESS ON FILE | COMMON STOCK | 1,867 |
| CONNIE LAPORTE | ADDRESS ON FILE | COMMON STOCK | 582 |
| KEVIN LAPP | ADDRESS ON FILE | COMMON STOCK | 396 |
| RICHARD LARSON | ADDRESS ON FILE | COMMON STOCK | 1,562 |
| BRYAN LAWRASON | ADDRESS ON FILE | COMMON STOCK | 191 |
| KORY LE | ADDRESS ON FILE | COMMON STOCK | 961 |
| ANGELA LEE | ADDRESS ON FILE | COMMON STOCK | 555 |
| JASON LEE | ADDRESS ON FILE | COMMON STOCK | 945 |
| EDMOND LEMIRE | ADDRESS ON FILE | COMMON STOCK | 787 |
| LUIS LEMUS | ADDRESS ON FILE | COMMON STOCK | 975 |
| JULIA LEVY | ADDRESS ON FILE | COMMON STOCK | 2,500 |
| NICOLE LEWIS | ADDRESS ON FILE | COMMON STOCK | 10,836 |
| MINCHUNG LI | ADDRESS ON FILE | COMMON STOCK | 11,165 |
| YUEN JING MONICA LIU | ADDRESS ON FILE | COMMON STOCK | 954 |
| EARL LOPEZ | ADDRESS ON FILE | COMMON STOCK | 937 |
| SYLVIA LOPEZ | ADDRESS ON FILE | COMMON STOCK | 385 |

| VICTOR LOPEZ | ADDRESS ON FILE | COMMON STOCK | 390 |
|---|---|---|---|
| KRISTINA LOUIE | ADDRESS ON FILE | COMMON STOCK | 572 |
| JOHN LOZANO | ADDRESS ON FILE | COMMON STOCK | 183 |
| DAVID LY | ADDRESS ON FILE | COMMON STOCK | 401 |
| KRISTIN M LYNCH | ADDRESS ON FILE | COMMON STOCK | 24,633 |
| ROBERT MADRID | ADDRESS ON FILE | COMMON STOCK | 12 |
| BRIAN MAGDA | ADDRESS ON FILE | COMMON STOCK | 830 |
| ALAN MAREK | ADDRESS ON FILE | COMMON STOCK | 1,250 |
| COREY MASON | ADDRESS ON FILE | COMMON STOCK | 2,183 |
| GEORGE N. MATTSON | ADDRESS ON FILE | COMMON STOCK | 298 |
| MAY MAW | ADDRESS ON FILE | COMMON STOCK | 526 |
| HANNAH MCCALLUM | ADDRESS ON FILE | COMMON STOCK | 2,374 |
| MEGHAN MCCARTHY | ADDRESS ON FILE | COMMON STOCK | 1,125 |
| JACOB MCCOY | ADDRESS ON FILE | COMMON STOCK | 455 |
| AUBREY MCCRAVEY | ADDRESS ON FILE | COMMON STOCK | 6,020 |
| WADE MCELROY | ADDRESS ON FILE | COMMON STOCK | 5,184 |
| JOSEPH MCFARLAN | ADDRESS ON FILE | COMMON STOCK | 2,015 |
| SEAN MCFARLAN | ADDRESS ON FILE | COMMON STOCK | 337 |
| KATHARINA MCFARLAND | ADDRESS ON FILE | COMMON STOCK | 2,703 |
| BRANDON MEEHAN | ADDRESS ON FILE | COMMON STOCK | 3,741 |
| JOSE MELENDEZ | ADDRESS ON FILE | COMMON STOCK | 988 |
| OSCAR MENDOZA | ADDRESS ON FILE | COMMON STOCK | 61 |
| ASHLEY METZ | ADDRESS ON FILE | COMMON STOCK | 375 |
| JOSEPH MEURER | ADDRESS ON FILE | COMMON STOCK | 241 |
| GARY MICHAEL II | ADDRESS ON FILE | COMMON STOCK | 13,406 |
| LINDSAY MILLER | ADDRESS ON FILE | COMMON STOCK | 2,716 |
| SHERIFF MOHAMED | ADDRESS ON FILE | COMMON STOCK | 31 |
| MAX MOLINA | ADDRESS ON FILE | COMMON STOCK | 56 |
| JAVIER MONTOYA | ADDRESS ON FILE | COMMON STOCK | 1,325 |
| LUIS MORALES | ADDRESS ON FILE | COMMON STOCK | 50 |
| ERIK MORAN | ADDRESS ON FILE | COMMON STOCK | 776 |
| SEAN MORAN | ADDRESS ON FILE | COMMON STOCK | 2,500 |

30196701.3

| | | | |
|---|---|---|---|
| ALYSSA MORRISON | ADDRESS ON FILE | COMMON STOCK | 193 |
| SAMANTHA MUELLER | ADDRESS ON FILE | COMMON STOCK | 487 |
| AHMAD MUNSAF | ADDRESS ON FILE | COMMON STOCK | 311 |
| QUINN MURPHY | ADDRESS ON FILE | COMMON STOCK | 3,414 |
| ARVIND NAGARAJAN | ADDRESS ON FILE | COMMON STOCK | 125 |
| SUSAN NELSON | ADDRESS ON FILE | COMMON STOCK | 1,977 |
| COREY NEUBAUER | ADDRESS ON FILE | COMMON STOCK | 238 |
| NGAC GNM FEEDER II LLC | 69 CURLEW RD MANALAPAN FL 33462 | COMMON STOCK | 547,024 |
| EMILY NGUYEN | ADDRESS ON FILE | COMMON STOCK | 3,682 |
| JAMES NGUYEN | ADDRESS ON FILE | COMMON STOCK | 624 |
| JEAN NGUYEN | ADDRESS ON FILE | COMMON STOCK | 196 |
| KAYLA NGUYEN | ADDRESS ON FILE | COMMON STOCK | 2,588 |
| TEANN NGUYEN | ADDRESS ON FILE | COMMON STOCK | 241 |
| KEITH NOGY | ADDRESS ON FILE | COMMON STOCK | 6,972 |
| CHARLES O'CONNOR | ADDRESS ON FILE | COMMON STOCK | 3,455 |
| OLUFEMI ODUNTAN | ADDRESS ON FILE | COMMON STOCK | 2,564 |
| DAVID OLIVER | ADDRESS ON FILE | COMMON STOCK | 12 |
| STEPHANIE OLLOM | ADDRESS ON FILE | COMMON STOCK | 905 |
| PABLO OLMEDO | ADDRESS ON FILE | COMMON STOCK | 1,169 |
| MARINA PADOVANI | ADDRESS ON FILE | COMMON STOCK | 2,495 |
| DAVID PAGE | ADDRESS ON FILE | COMMON STOCK | 578 |
| MATTHEW PARADOWSKI | ADDRESS ON FILE | COMMON STOCK | 520 |
| JEFFERY PARKHURST | ADDRESS ON FILE | COMMON STOCK | 1,362 |
| JESSICA PELLEGRINO | ADDRESS ON FILE | COMMON STOCK | 477 |
| MARINELLE PENEDA | ADDRESS ON FILE | COMMON STOCK | 14,652 |
| RAPHAEL PERRINO | ADDRESS ON FILE | COMMON STOCK | 1,250 |
| VINCENT PESCE | ADDRESS ON FILE | COMMON STOCK | 10,438 |
| HANNAH PETRONI | ADDRESS ON FILE | COMMON STOCK | 707 |
| PFMO4 LLC | 1067 SOUTH OCEAN BOULEVARD PALM BEACH FL 33480 | COMMON STOCK | 115,070 |
| DANA PICKETT | ADDRESS ON FILE | COMMON STOCK | 660 |
| FORREST PIERSON | ADDRESS ON FILE | COMMON STOCK | 840 |

| | | | |
|---|---|---|---|
| ANA PAULA PINEDA BOSQUE | ADDRESS ON FILE | COMMON STOCK | 587 |
| MATTHEW PLATKA | ADDRESS ON FILE | COMMON STOCK | 1,462 |
| CHARLES PORTER | ADDRESS ON FILE | COMMON STOCK | 312 |
| KELLY POWERS | ADDRESS ON FILE | COMMON STOCK | 2,231 |
| RENAE PRYJMAK | ADDRESS ON FILE | COMMON STOCK | 93 |
| NATHAN PYSTER | ADDRESS ON FILE | COMMON STOCK | 125 |
| RUDY RETAMA | ADDRESS ON FILE | COMMON STOCK | 18 |
| RAJVIR RIAR | ADDRESS ON FILE | COMMON STOCK | 801 |
| JAYNE RICHLAK | ADDRESS ON FILE | COMMON STOCK | 940 |
| JOSEF VON RICKENBACH | ADDRESS ON FILE | COMMON STOCK | 125,000 |
| JONATHAN RINGHOFER | ADDRESS ON FILE | COMMON STOCK | 487 |
| LESLIE M ROMAN | ADDRESS ON FILE | COMMON STOCK | 30 |
| RICARDO ROMERO | ADDRESS ON FILE | COMMON STOCK | 330 |
| TANIKA ROY | ADDRESS ON FILE | COMMON STOCK | 18 |
| RICHARD RUAN | ADDRESS ON FILE | COMMON STOCK | 8 |
| KENDALL RUSSELL | ADDRESS ON FILE | COMMON STOCK | 627 |
| BROOKELYNN RUSSEY | ADDRESS ON FILE | COMMON STOCK | 1,492 |
| CESAR RUVALCABA | ADDRESS ON FILE | COMMON STOCK | 363 |
| ISAAC SAEED | ADDRESS ON FILE | COMMON STOCK | 406 |
| DEENAH SANCHEZ | ADDRESS ON FILE | COMMON STOCK | 3,245 |
| ELIZABETH SANTOYO | ADDRESS ON FILE | COMMON STOCK | 341 |
| BRETT SARGENT | ADDRESS ON FILE | COMMON STOCK | 500 |
| BRYCE SCHAEFER | ADDRESS ON FILE | COMMON STOCK | 4,846 |
| JACQUELINE SOTRAIDIS SCHELL | ADDRESS ON FILE | COMMON STOCK | 1,875 |
| NATHAN SCHELL | ADDRESS ON FILE | COMMON STOCK | 2,161 |
| LEVI SCHLAPFER | ADDRESS ON FILE | COMMON STOCK | 187 |
| ANDREW SHIRALI | ADDRESS ON FILE | COMMON STOCK | 233 |
| JOHN SIEKER | ADDRESS ON FILE | COMMON STOCK | 1,250 |
| JUAN SILVA | ADDRESS ON FILE | COMMON STOCK | 208 |
| JOHN SLANE | ADDRESS ON FILE | COMMON STOCK | 506 |
| ALEX SOBEL | ADDRESS ON FILE | COMMON STOCK | 3,168 |
| JOHN SPLAWN | ADDRESS ON FILE | COMMON STOCK | 1,705 |

| NATASHA STARKS | ADDRESS ON FILE | COMMON STOCK | 37 |
|---|---|---|---|
| MICHAEL STEIN | ADDRESS ON FILE | COMMON STOCK | 3,655 |
| STERLING LANE LLC | 23 STERLING LANE PORT WASHINGTON NY 11050 | COMMON STOCK | 170,655 |
| MICHAEL STEVENS | ADDRESS ON FILE | COMMON STOCK | 476 |
| SUSTAINABLE CAPITAL LLC | 634 LOWELL AVENUE PALO ALTO CA 94301 | COMMON STOCK | 170,655 |
| BENITO TAN | ADDRESS ON FILE | COMMON STOCK | 206 |
| THE BOEING COMPANY | 100 N RIVERSIDE PLZ MC 5003-4549 CHICAGO IL 60606-1501 | COMMON STOCK | 1,000,000 |
| THE MELINA E HIGGINS 2008 FAMILY TRUST 1/17/2008 | ADDRESS ON FILE | COMMON STOCK | 45,508 |
| ANDREW THIEL | ADDRESS ON FILE | COMMON STOCK | 1,250 |
| MICHAELYN THOMAS | ADDRESS ON FILE | COMMON STOCK | 1,500 |
| CHRISTOPHER THOMSON | ADDRESS ON FILE | COMMON STOCK | 25 |
| ANDREW TOACHE | ADDRESS ON FILE | COMMON STOCK | 5,001 |
| NORMAN TOLENTINO | ADDRESS ON FILE | COMMON STOCK | 1,250 |
| RONALD TOLENTINO | ADDRESS ON FILE | COMMON STOCK | 608 |
| MARIO TORRES | ADDRESS ON FILE | COMMON STOCK | 37 |
| BAO TRAN | ADDRESS ON FILE | COMMON STOCK | 5 |
| JACKY TRAN | ADDRESS ON FILE | COMMON STOCK | 195 |
| JOSHUA TRAN | ADDRESS ON FILE | COMMON STOCK | 1,207 |
| THOMAS TRAPP | ADDRESS ON FILE | COMMON STOCK | 12,784 |
| ALEXANDER TROIANI | ADDRESS ON FILE | COMMON STOCK | 3,890 |
| GILBERT TSENG | ADDRESS ON FILE | COMMON STOCK | 7,017 |
| SHREYA UDUPA | ADDRESS ON FILE | COMMON STOCK | 508 |
| ADRIAN VALADEZ | ADDRESS ON FILE | COMMON STOCK | 121 |
| STEPHANIE VALDEZ | ADDRESS ON FILE | COMMON STOCK | 125 |
| ALEXANDRO VALDIVIEZO | ADDRESS ON FILE | COMMON STOCK | 228 |
| GABRIEL VALLES | ADDRESS ON FILE | COMMON STOCK | 1,612 |
| JOSE VASQUEZ | ADDRESS ON FILE | COMMON STOCK | 975 |
| MANUEL FEREGRINO VEGA | ADDRESS ON FILE | COMMON STOCK | 1,480 |

| | | | |
|---|---|---|---|
| VIRGIN INVESTMENTS LIMITED[3] | C/O VIRGIN MANAGEMENT USA INC 65 BLEECKER ST 6TH FLOOR NEW YORK NY 10012 | COMMON STOCK | 252,126,308 |
| RAHUL VISHWANATH | ADDRESS ON FILE | COMMON STOCK | 5,556 |
| DAVID VO | ADDRESS ON FILE | COMMON STOCK | 1,993 |
| LINGHE WANG | ADDRESS ON FILE | COMMON STOCK | 910 |
| TOM WANG | ADDRESS ON FILE | COMMON STOCK | 767 |
| MAX WARD | ADDRESS ON FILE | COMMON STOCK | 395 |
| BOBBI WATERDOWN | ADDRESS ON FILE | COMMON STOCK | 30 |
| ALAN WAX | ADDRESS ON FILE | COMMON STOCK | 625 |
| MATTHEW WEDDLE | ADDRESS ON FILE | COMMON STOCK | 365 |
| WEI WEI | ADDRESS ON FILE | COMMON STOCK | 7,202 |
| STEPHEN WEINER | ADDRESS ON FILE | COMMON STOCK | 6,853 |
| ERICA WELLNITZ | ADDRESS ON FILE | COMMON STOCK | 2,789 |
| ERIC WERNIMONT | ADDRESS ON FILE | COMMON STOCK | 7,814 |
| HOLLY WHALEN | ADDRESS ON FILE | COMMON STOCK | 12 |
| ALEXANDER WILLIAMS | ADDRESS ON FILE | COMMON STOCK | 511 |
| WARRENT WILLIAMS | ADDRESS ON FILE | COMMON STOCK | 1,037 |
| ELIYA WING | ADDRESS ON FILE | COMMON STOCK | 3,125 |
| DAVID WOERNER | ADDRESS ON FILE | COMMON STOCK | 312 |
| ALFRED WONG | ADDRESS ON FILE | COMMON STOCK | 1,196 |
| MELANIE WULLAERT | ADDRESS ON FILE | COMMON STOCK | 198 |
| AUBREY YATES | ADDRESS ON FILE | COMMON STOCK | 2,057 |
| NEGIN YAZDANI | ADDRESS ON FILE | COMMON STOCK | 8,918 |
| STEVEN YEE | ADDRESS ON FILE | COMMON STOCK | 125 |
| ERNEST YEUNG | ADDRESS ON FILE | COMMON STOCK | 573 |

---

[3]    Virgin Investments Limited ("**VIL**") is wholly owned by Virgin Group Investments LLC, whose sole managing member is Corvina Holdings Limited, which is wholly owned by Virgin Group. Virgin Group is owned by Sir Richard Branson, and he has the ability to appoint and remove the management of Virgin Group and, as such, may indirectly control the decisions of Virgin Group, regarding the voting and disposition of securities held by Virgin Group. Therefore, Sir Richard Branson may be deemed to have indirect beneficial ownership of the shares held by Virgin Group. The address of VIL, Virgin Group Investments LLC, Corvina Holdings Limited and Virgin Group is Craigmuir Chambers, Road Town, Tortola, VG1110, British Virgin Islands. The address of Sir Richard Branson is Branson Villa, Necker Beach Estate, Necker Island, VG1150, British Virgin Islands.

| | | | |
|---|---|---|---|
| KEVIN ZAGORSKI | ADDRESS ON FILE | COMMON STOCK | 5,763 |
| NICHOLAS ZARBO | ADDRESS ON FILE | COMMON STOCK | 8,567 |
| JUSTIN ZAREMBA | ADDRESS ON FILE | COMMON STOCK | 193 |
| FARRID ZEIGHAMI | ADDRESS ON FILE | COMMON STOCK | 1,437 |
| JOSE ZEPEDA | ADDRESS ON FILE | COMMON STOCK | 770 |
| BILL ZHENG | ADDRESS ON FILE | COMMON STOCK | 754 |
| MINGXI ZHENG | ADDRESS ON FILE | COMMON STOCK | 487 |
| EDUARDO ZUBIETA | ADDRESS ON FILE | COMMON STOCK | 248 |
| FERNANDO ZUNIGA | ADDRESS ON FILE | COMMON STOCK | 202 |

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name **JACM Holdings, Inc.** |
| United States Bankruptcy Court for the: **District of Delaware** |
| (State) |
| Case number (If known): |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets-Real and Personal Property *(Official Form 206A/B)*

☐  Schedule D: Creditors Who Have Claims Secured by Property *(Official Form 206D)*

☐  Schedule E/F: Creditors Who Have Unsecured Claims *(Official Form 206E/F)*

☐  Schedule G: Executory Contracts and Unexpired Leases *(Official Form 206G)*

☐  Schedule H: Codebtors *(Official Form 206H)*

☐  Summary of Assets and Liabilities for Non-Individuals *(Official Form 206Sum)*

☐  Amended Schedule _____

☒  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒  Other document that requires a declaration__**List of Equity Security Holders and Corporate Ownership Statement**___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/4/2023**            X */s/ Daniel M. Hart*
                                                          Signature of individual signing on behalf of debtor

                                                          **Daniel M. Hart**
                                                          Printed name

                                                          **Chief Executive Officer**
                                                          Position or relationship to debtor